# UNITED STATES DISTRICT COURT
## District of Minnesota

Jose Roberto Sanchez Erazo

Petitioner,

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons,
David Easterwood

Respondent(s).

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-01410-LMP-LIB

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Jose Roberto S. E.'s Verified Petition for Writ of Habeas Corpus (ECF No. 1) is GRANTED;
2. The Government is ORDERED to release Jose Roberto S. E. from custody, without conditions and with all personal property, by no later than 5:00 p.m. on Friday, February 20, 2026;
3. The Government is ORDERED to file a status report certifying its compliance with this Order by no later than 5:00 p.m. on Monday, February 23, 2026; and
4. If the Government seeks to impose conditions of release on Jose Roberto S. E. or to retain Jose Roberto S. E.'s property, the Government's status report must include: (a) the conditions imposed or the property retained; and (b) the legal basis on which the conditions are imposed or the property is retained.

Date: 2/20/2026

KATE M. FOGARTY, CLERK